**Juan C. Chavez**, OSB #136428
**Franz Bruggemeier**, OSB #163533
**Alex Meggitt**, OSB #174131
**Amanda Lamb**, OSB #222284
Oregon Justice Resource Center
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 971-275-1839

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SKYLER DELGADO, in his capacity and as personal representative of the Estate of Robert Delgado; ROBERT DELGADO, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTLAND; ZACHARY DELONG; and JOHN DOES 1-5.<br><br>Defendants. | Case No. 3:23-cv-00529-AR<br><br>JOINT PROPOSED CASE MANAGEMENT SCHEDULE |

The parties conferred on August 1, 2023, and propose the following schedule:

- Rule 26 Initial disclosures shall be served by both parties by **September 7, 2023**

- ADR Conference, parties shall confer to discuss ADR options by: (within 120 days from complaint) **November 29, 2023**

- Date by which parties shall file a Joint Alternate Dispute Resolution Report pursuant to LR 16.4: (within 150 days from complaint) **December 29, 2023**

- Date by which the pleadings shall be amended to join or add any additional parties, claims, and remedies pursuant to Fed. R. Civ. P. 18 and 19: **March 1, 2024**

- Date by which fact discovery is completed: **May 1, 2024**

- Date by which plaintiffs' expert reports shall be served: **June 3, 2024**

- Date by which defendants' expert reports shall be served: **June 17, 2024**

- Date by which parties' expert rebuttal reports shall be served: **July 1, 2024**

- Date by which expert depositions shall be completed: **August 2, 2024**

- Date by which all dispositive motions shall be filed: **October 2, 2024**

DATE:  August 1, 2023

/s/ *Juan C. Chavez*
Juan C. Chavez, OSB #136428
Oregon Justice Resource Center
Of Attorneys for Plaintiff

/s/ *William Manlove*
William Manlove, OSB #891607
Portland Office of City Attorney
Of Attorneys for Defendants