WILLIAM W. MANLOVE, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Carey Caldwell, OSB #093032
Deputy City Attorney
carey.caldwell@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland and Zachary DeLong*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **SKYLER DELGADO, in his capacity and as personal representative of the Estate of Robert Delgado; ROBERT DELGADO, deceased,**<br><br>    **PLAINTIFFS,**<br><br>    v.<br><br>**CITY OF PORTLAND; ZACHARY DELONG; and JOHN DOES 1-5,**<br><br>    **DEFENDANTS.** | 3:23-cv-00529-AR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Deputy City Attorney Carey Caldwell, OSB No. 093032, hereby associates as counsel of record with Senior Deputy City Attorney William Manlove on behalf of Defendants City of Portland and Zachary DeLong in the above-captioned matter.

Dated: July 29, 2024.

                                              Respectfully submitted,

                                              */s/ Carey Caldwell*
                                              WILLIAM W. MANLOVE, OSB #891607
                                              william.manlove@portlandoregon.gov
                                              CAREY CALDWELL, OSB #093032
                                              carey.caldwell@portlandoregon.gov
                                              *Of Attorneys for Defendants City of Portland and Zachary DeLong*

Page 1 –   NOTICE OF ASSOCIATION OF COUNSEL